Memorandum Decisions.

Louise G. King, Lee Graham and R. R. Rosborough, Appellants, vs. The Equitable Building & Loan Association, a corporation under the laws of the State of Georgia, Appellee.

Appeal from Circuit Court, Alachua county; William S. Bullock, Judge.

*Evans Haile,* for Appellants.

*W. W. Hampton,* for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal.

Appeal dismissed on motion of counsel for the appellee.

Decision Per Curiam.